Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
       jrodriguez@shimodalaw.com

Attorneys for Plaintiff ROBERT DONALDSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DONALDSON, | Case No. 2:13-cv-02614-LKK-DAD |
| Plaintiff, | **PLAINTIFF'S REQUEST AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| SUTHERLAND PROPERTY MANAGEMENT, INC., a California Corporation; JOVIAN BERNARD, as an individual; ALLISON LEMELY, as an individual; DONALD SUTHERLAND, as an individual; MARLENE SUTHERLAND, as an individual; and DOES 1 to 100, inclusive, | |
| Defendants. | |

Plaintiff ROBERT DONALDSON, (hereafter referred to as "Plaintiff"), by and through his undersigned counsel, hereby requests the following:

WHEREAS Plaintiff filed his complaint on December 18, 2013;

WHEREAS Plaintiff served waiver of service documents to the attorney representing SUTHERLAND PROPERTY MANAGEMENT, INC.; JOVIAN BERNARD, ALLISON LEMELY, DONALD SUTHERLAND, and MARLENE SUTHERLAND (collectively referred to as "Defendants") on approximately December 30, 2013;

1  WHEREAS Plaintiff was contacted by counsel representing Defendants on approximately
2  January 15, 2014, who indicated he was amenable to signing the waiver of services forms, but
3  was in the process of potentially turning the case over to separate counsel for Defendants and
4  would provide Plaintiff with updated information as soon as he was able;
5  WHEREAS Plaintiff had not heard from Defendants' counsel by January 29, 2014, which
6  was the last day to sign the waiver of service documents, and attempted, unsuccessfully, to reach
7  Defendants' counsel by phone for an update on potential waiver of service;
8  WHEREAS Plaintiff filed a First Amended Complaint on January 31, 2014 and engaged
9  a process server to formally serve the First Amended Complaint and other required documents
10 the same day;
11 WHEREAS Plaintiff's process server has been unsuccessful at effecting service upon
12 Defendants up to the present date;
13 WHEREAS Defendants and their counsel have not yet appeared in this action;
14 WHEREAS, pursuant to paragraph 8 of this Court's December 18, 2013, Order Setting
15 Status (Pretrial Scheduling) Conference, the last day to file a Joint Status Report is February 17,
16 2014; and
17 WHEREAS Plaintiff requires more time to effectuate service on Defendants and allow for
18 Defendants to make a general appearance prior to the scheduled Status Conference on March 3,
19 2014; and
20 NOW, THEREFORE, Plaintiff requests that this Court extend the deadline for serving
21 Defendants to March 14, 2014, extend the deadline for filing the joint status report, as set forth in
22 paragraph 8 of this Court's December 18, 2013, Order Setting Status (Pretrial Scheduling)
23 Conference, to April 7, 2014, and continue the Scheduling Conference to April 21, 2014.
24 //
25 //
26 //
27
28

1  Dated: February 12, 2014                                **Shimoda Law Corp.**

2

3                                                           By:    /s/ Galen T. Shimoda
                                                                  Galen T. Shimoda, Esq.
4                                                                 Justin P. Rodriguez, Esq.

5                                                                 Attorneys for Plaintiff

6

7

8

9  IT IS SO ORDERED THAT

10         The deadline for serving Defendants is now set for March 14, 2014, deadline for filing the

11 joint status report, as set forth in paragraph 8 of this Court's December 18, 2013, Order Setting

12 Status (Pretrial Scheduling) Conference, is now set for to April 7, 2014, and the Scheduling

13 Conference is now set for April 28, 2014 at 1:30 p.m. in Courtroom 4.  All remaining provisions of

14 the above-mentioned order shall remain in effect.

15

16 Dated: February 19, 2014.

17

18

19

20                                                          _____
                                                            LAWRENCE K. KARLTON
21                                                          SENIOR JUDGE
                                                            UNITED STATES DISTRICT COURT
22

23

24

25

26

27

28