Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
Cassandra D. Shaft (Cal. State Bar No. 288451)
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, CA 95624
Telephone: (916) 525-0716;
Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
        jrodriguez@shimodalaw.com
        cshaft@shimodalaw.com

Attorneys for Plaintiff ROBERT DONALDSON

**PORTER SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants SUTHERLAND PROPERTY MANAGEMENT, INC., JOVIAN BERNARD, ALLISON LEMEMLY, DONALD SUTHERLAND, AND MARLENE SUTHERLAND

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DONALDSON, | **Case No.: 2:13-cv-02614-MCE-DAD** |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS CASE IN ITS ENTIRETY** |
| vs. | |
| SUTHERLAND PROPERTY MANAGEMENT, INC., a California Corporation; JOVIAN BERNARD, as an individual; ALLISON LEMELY, as an individual; DONALD SUTHERLAND, as an individual; MARLENE SUTHERLAND, as an individual; and DOES 1 to 100, inclusive, | |
| Defendants. | |

1      Plaintiff ROBERT DONALDSON, and Defendants SUTHERLAND PROPERTY

2 MANAGEMENT, INC., JOVIAN BERNARD, ALLISON LEMELY, DONALD SUTHERLAND,

3 and MARLENE SUTHERLAND, by and through their respective counsel, pursuant to Rule 41(a)(1)

4 of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be

5 dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees.

6      IT IS SO STIPULATED:

7 DATED:  September 9, 2014        **Porter Scott**

8

9                By:  /s/ Derek J. Haynes

10                    Derek J. Haynes
                          (as authorized on September 9, 2014)

11                    Attorney for Defendants
                          SUTHERLAND PROPERTY

12                    MANAGEMENT, INC., JOVIAN
                          BERNARD, ALLISON LEMEMLY,

13                    DONALD SUTHERLAND, and
                          MARLENE SUTHERLAND

14

15 DATED:  September 10, 2014        **Shimoda Law Corp.**

16

17                By:  /s/ Galen T. Shimoda

18                    Galen T. Shimoda
                    Attorneys for Plaintiff ROBERT DONALDSON

19

20                    **ORDER**

21      Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41, this action

22

23 is DISMISSED with prejudice.  The Clerk of the Court is directed to CLOSE this case.

24      IT IS SO ORDERED.

25

26 **Dated:  September 12, 2014**

27

28                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT